**Nos. 22-3750, 22-3751, 22-3753, 22-3841, 22-3843, 22-3844**

# In the United States Court of Appeals for the Sixth Circuit

*In re National Prescription Opiate Litigation*

TRUMBULL COUNTY, OHIO, ET AL.,
    *Plaintiffs-Appellees*,

v.

PURDUE PHARMA, L.P., ET AL.,
    *Defendants*,

WALGREENS BOOTS ALLIANCE, INC., ET AL.,
CVS PHARMACY, INC., ET AL.,
WALMART INC.,
    *Defendants-Appellants*.

On Appeal from the United States District Court for the
Northern District of Ohio, Eastern Division
(No. 1:17-md-2804) (The Hon. Dan Aaron Polster)

## STATUS REPORT

Pursuant to the Court's order of September 13, 2023, counsel for the defendant-appellants respectfully submit this status report.

1.    On September 11, 2023, this Court issued an order certifying to the Supreme Court of Ohio the question "[w]hether the Ohio Product Liability Act . . . abrogates a common law claim of absolute public nuisance resulting

1

from the sale of a product in commerce in which the plaintiffs seek equitable abatement, including both monetary and injunctive remedies." ECF No. 90-3 at 10-11.[*]

2. On September 13, 2023, the Court ordered that this case be held in abeyance pending the Supreme Court of Ohio's "resolution of this court's certification order." ECF No. 92. The order also stated that "counsel for defendants" shall "file a status report every 60 days or upon issuance of a decision by the Supreme Court of the State of Ohio in this matter, whichever occurs earlier." *Id.*

3. On November 13, 2023, the pharmacies submitted their first status report, which explained that the Ohio Supreme Court had not yet ruled on whether it would accept the certified question. ECF No. 93 at 2.

4. On November 30, 2023, the pharmacies submitted a second status report, which explained that on November 29, the Ohio Supreme Court accepted the certified question and set a briefing schedule for the case. ECF No. 94 at 2-3.

5. On January 29, 2024, the pharmacies submitted a third status report, which explained that the pharmacies had filed their opening brief and

---

[*] ECF citations are to the docket in Case No. 22-3750.

appendix in the Ohio Supreme Court on January 8, 2024, and that the Counties' response brief and the pharmacies' reply brief would be due in February 2024. ECF No. 95 at 2-3.

6. Briefing and oral argument in the Ohio Supreme Court are now complete. The Counties submitted their response brief on February 7, 2024, and the pharmacies submitted their reply brief on February 27, 2024. The Ohio Supreme Court heard oral argument in the case on March 26, 2024. The matter has been submitted to the court for a decision on the certified question.

7. As of July 29, 2024, the Ohio Supreme Court has not yet issued a decision in the case.

Respectfully submitted,

/s/ Noel J. Francisco
NOEL J. FRANCISCO
JOHN M. MAJORAS
ANTHONY J. DICK
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

TINA TABACCHI
TARA FUMERTON
NICOLE HENNING
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 269-4335

JAMES SAYWELL
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-1190

*Counsel for Walmart Inc.*

JULY 29, 2024

/s/ Jeffrey B. Wall
JEFFREY B. WALL
MORGAN L. RATNER
ZOE A. JACOBY
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

KASPAR STOFFELMAYR
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400

*Counsel for Walgreens Appellants*

/s/ Donald B. Verrilli, Jr.
DONALD B. VERRILLI, JR.
GINGER D. ANDERS
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 220-1100
donald.verrilli@mto.com

ERIC R. DELINSKY
ALEXANDRA W. MILLER
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 100
Washington, DC 20036
(202) 778-1800

*Counsel for CVS Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing status report with the Clerk of Court using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

/s/ Jeffrey B. Wall
JEFFREY B. WALL

JULY 29, 2024